| | | | |
|---|---|---|---|
| 1/6/2015 | | TUESDAY | Judge Elizabeth L Perris |
| 09:30 AM | ■ 14-3270  elp<br>14-34786    7 | Metzger  vs  Metzger | |

**Pretrial Conference**
Wendy Ann Metzger - pla ✓
A. P. S. - pla
Mark Steven Metzger - def ✓

JONATHAN C KUNI ✓

**Evidentiary Hearing:**    Yes: ☐    No: ☐

Sexual assault of a minor. Was a guilty plea to attempted sexual assault.
90 days for discovery.
Set for ½ day trial in June.

Order to be prepared by:    ☐ clerk's office    ☐ chambers    ☐ _____

**OD3 - Dismissal Order**

   #1 _____ Settled _____ (21) days.

   #2 _____ to Prepare Judgment/order _____ (21) days.

   #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**

   #1 _____ Planning conf. by ___.___._____ / Conf. Report by ___.___.

   #2 _____ Planning conf. by ___.___._____ / No report.

   #3 _____ Discovery can proceed.

   #4 _____ No planning conf./Initial disclosures by ___.___._____

   #5 _____ Discovery limited to _____.

**DOCKET ENTRY:**