Below is a Judgment of the Court.  If the judgment is for money, the applicable judgment interest rate is: N/A

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: | ) |
| | ) Case No: 14-34786-pcm7 |
| Mark Steven Metzger | ) |
| | ) |
| Debtor | ) |
| | ) |
| -------------------------------------------- | ) ---------------------------------------------- |
| | ) Adversary Case No.: |
| | ) 14-03270-pcm |
| Wendy Ann Metzger, Individually and | ) |
| on behalf of her minor daughter, A.P.S. | ) STIPULATED JUDGMENT |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| Mark Steven Metzger | ) |
| | ) |
| Defendant | ) |
| ------------------------------------------------------- | ) |

Kuni Donaldson, LLP
1975 SW 1st Ave., Suite H
Portland OR 97201
Telephone: 503-227-3004

PAGE 1 - STIPULATED JUDGMENT

Based on the stipulation of the Plaintiffs, Wendy Ann Metzger and Wendy Ann Metzger's minor daughter, A.P.S. by and through their attorney, Jonathan C. Kuni, and the Defendant, Mark Metzger, by and through his counsel, Michael D. O'Brien,

IT IS ORDER AND ADJUDGED that Plaintiffs have a judgment against the Defendant as follows:

1.  That claims of Plaintiff A.P.S, the minor daughter of Wendy Ann Metzger, which result from the allegations raised in the Complaint filed in this Adversary Proceeding and in an amount subsequently determined by a Court of competent jurisdiction, are nondischargeable in bankruptcy under 11 U.S.C. §523(a)(6);

2.  That claims of Plaintiff Wendy Ann Metzger, as alleged in the Complaint filed in this Adversary Proceeding, are time barred under ORS 12.110, were Discharged by Order of this Court entered on December 5, 2014 and are thus Dismissed with Prejudice;

3.  Plaintiff A.P.S., the minor daughter of Wendy Ann Metzger, is upon entry of an Order Closing this Adversary Case, granted relief from the discharge injunction to pursue liquidation and collection of her claims against Defendant; and

4.  Defendant Mark Steven Metzger, by stipulation herein, does not waive any defenses he may have to the claims not discharged in this case.


###


Kuni Donaldson, LLP
1975 SW 1st Ave., Suite H
Portland OR 97201
Telephone: 503-227-3004

PAGE 2 - STIPULATED JUDGMENT

Presented by

/s/ Jonathan C. Kuni
Jonathan C. Kuni #033640
Kuni Donaldson, LLP
1975 SW First Ave., Suite H
Portland, OR 97201
Telephone: (503) 227-3004
Facsimile: (503) 227-3047
E-mail: jon@kunidonaldson.com

IT IS SO STIPULATED


/s/ Mark Steven Metzger                          Date: _____2/23/15_____
Mark Steven Metzger



/s/ Wendy Ann Metzger                            Date:_____3/4/2015__
Wendy Ann Metzger



/s/ Wendy Ann Metzger                            Date:_____3/4/2015___
Wendy Ann Metzger on behalf of her minor daughter, A.P.S.